JUNIUS S. MORGAN et al., Respondents, v. MABEL S. INGALLS et al., Appellants, and LEONARD A. KEYES, as Surviving Executor of LOUISA P. SATTERLEE, Deceased, et al., Respondents.— Under all the circumstances we think any allowance to the respondent Rosenblatt in excess of the sum of $10,000 was unwarranted. Supplemental judgment unanimously modified by

reducing the allowance to the respondent, Sol A. Rosenblatt, contained in paragraph numbered 4(d) thereof, to the sum of $10,000 and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.